AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Marc Sidaros

V.

Consumer Recovery Associates, LLC and John Doe

**JUDGMENT IN A CIVIL CASE**

Case Number: 09-1791 JNE/JJG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-entitled action be and the same hereby is dismissed with prejudice and on the merits, and without costs, disbursements or attorney fees to any party.

| December 3, 2009 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By) A. Linner, Deputy Clerk |

Form Modified: 09/16/04